■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO DI GIOVANNI and VINCENT CREAZZO, Appellants.— Two judgments (one as to each defendant) of the Supreme Court, Queens County, both rendered November 16, 1973, affirmed. No opinion. The case is remitted to the Supreme Court, Queens County, for proceedings to require deefndants to surrender themselves to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Shapiro, Acting P. J., Cohalan, Christ, Brennan and Benjamin, JJ., concur.

## (October 4, 1974)

■ In the Matter of NEW YORK CITY TRANSIT AUTHORITY, Petitioner, v. STATE DIVISION OF HUMAN RIGHTS, Respondent, and JOHN J. REED, as Chief Surface Line Dispatcher, et al., Intervenors-Respondents.— Proceeding pursuant to section 298 of the Executive Law to review an order of the State Human Rights Appeal Board, dated April 18, 1974, which affirmed an order of the State Division of Human Rights, dated June 8, 1973. Order of the Appeal Board confirmed and petition dismissed, with one bill of costs jointly to all parties filing briefs in opposition to the proceeding, to be taxed by the County Clerk of Kings County under CPLR 8203, 8301. No opinion. Hopkins, Acting P. J., Cohalan, Brennan, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM K. WHITE, Also Known as KENNEY WHITE, Appellant.— Appeal by defendant from a judgment of the County Court, Rockland County, rendered April 24, 1973, convicting him of criminally selling a dangerous drug in the third degree, upon a guilty plea, and imposing sentence. By a prior determination on this appeal the case was remitted to the County Court for a hearing, and a new determination thereon, on defendant's motion to withdraw his plea of guilty; and the appeal was held in abeyance in the interim (People v. White, 43 A D 2d 831). Such hearing has been had, following which the County Court made an order, entered May 15, 1974, which denied defendant's said motion. Judgment affirmed. No opinion. Martuscello, Acting P. J., Latham, Christ and Munder, JJ., concur.